# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES GOERLICH,

    Petitioner,

  v.

GEORGE JAIME,

    Respondent.

No. 2:19-CV-2121-DMC-P

ORDER

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the Court now finds that assignment of a District Judge is necessary to properly address the case.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge and to update the docket to reflect the new case number.

Dated: March 11, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1